```
                                            FILED
                                            February 5, 2007
                                            CLERK, US DISTRICT COURT
                                            EASTERN DISTRICT OF
                                            CALIFORNIA
                                            DEPUTY CLERK
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. 2:07MJ0021-GGH |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR RELEASE OF |
| | ) | PERSON IN CUSTODY |
| ANDREA WEATHINGTON, | ) | |
| | ) | |
| Defendant. | ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __ANDREA WEATHINGTON__, Case No. __2:07MJ0021-GGH__, Charge __18USC § 1029(a)(2)__, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __ Release on Personal Recognizance

    __ Bail Posted in the Sum of $__

        __ Unsecured Appearance Bond

        __ Appearance Bond with 10% Deposit

        __ Appearance Bond with Surety

        __ Corporate Surety Bail Bond

        ✔ (Other)   __Conditions as stated on the record.__

Issued at __Sacramento, CA__ on __February 5, 2007__ at __2:36 pm__.

By   /s/ Gregory G. Hollows
        Gregory G. Hollows
        United States Magistrate Judge

Copy 5 - Court