IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

   Plaintiff,     CR. NO. S-07-0036 MCE (GGH)

 vs.

ANDREA WEATHINGTON, et al.,

   Defendant.     <u>ORDER</u>
_____/

   In mid-afternoon on February 26, 2007, defendant's attorney filed an ex parte motion seeking modifications to the terms and condition of pretrial release for an elective medical procedure desired by defendant to take place in less than 24 hours from the time the ex parte motion was filed. Because the undersigned's courtroom clerk was out of the office, the order was not sent to the undersigned that day. Indeed, the undersigned received notice of it February 27, 2007, at 3:30 p.m. No attorney contacted the undersigned, nor did Pretrial Services contact the undersigned. The undersigned understands that the duty magistrate judge was not contacted.

\\\\\
\\\\\
\\\\\

1

1       Evidently, the parties and Pretrial Services presumed that the undersigned would
2 sign the order, and the defendant was released for the procedure. The undersigned declines to
3 sign the order as it is now moot.

4 DATED: 2/27/07                      /s/ Gregory G. Hollows

5                                       GREGORY G. HOLLOWS
                                      UNITED STATES MAGISTRATE JUDGE
6 weathington.ord