Robert M. Holley
Attorney at Law
State Bar No. 50769
331 J Street, Suite 200
Sacramento, California 95814
Telephone: (916) 443-2213

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. No. 07-00036-MCE |
| | ) |
| Plaintiff, | ) EX PARTE MOTION FOR TEMPORARY |
| | ) MODIFICATION OF CONDITIONS OF |
| v. | ) RELEASE AND ORDER THEREON |
| | ) |
| ANDREA WEATHINGTON, et. al | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

**MOTION**

Defendant, Andrea Weathington is charged by way of indictment with three felony counts relating to stolen mail and credit card fraud. On February 5, 2007, the Honorable Gregory G. Hollows, U.S. Magistrate Judge presiding, Ms. Weathinton's conditions of release were modified and amended to require a live-in drug and alcohol program at The Effort Residential Program, 1550 Juliesse Ave., Sacramento, California. She has resided at that facility since the day the order was made and intends to continue to do so until fully released from the program by the Court.

However, since entering the program, Ms. Weathington has learned that she has become pregnant. She wishes to terminate the pregnancy

1  and a time and date for doing so has been set at the Women's Health
2  Center, on Wright Street, Sacramento, California for the morning of
3  March 6, 2007.  Because of the necessary aftercare, Ms. Weathington's
4  step-father has agreed to allow her to stay with him and to watch over
5  her following the procedure for a period of approximately 5 days
6  beginning on March 6, 2007 and to return to the Effort facility at the
7  direction of Pretrial Services at a time when she is physically able to
8  do so.   The undersigned counsel hereby requests that Ms.
9  Weathington's conditions of release be modified for this short period
10 to effectuate this procedure.  All other conditions are to remain in
11 full force and effect.
12     Both the pretrial services agent, Mr. Steven J. Sheehan, and
13 Assistant United States Attorney, Ms. Robin Taylor, have no objection
14 to the granting of this motion.

**Dated: March 6, 2007**

**Respectfully submitted,**

**/S/ Robert M. Holley, Esq.**

_____
**Robert M. Holley, Esq.**
**Counsel for Ms. Weathington**

**ORDER**

**GOOD CAUSE APPEARING, IT IS SO ORDERED.**

**DATED:  March 5, 2007.**

_____
**Edmund F. Brennan**
**U.S. Magistrate Judge**