UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

```
FILED
March 29, 2007
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK
```

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　　　　　　　　　　　　　　　)<br>　　　　　　Plaintiff,　　　　　　　　)<br>v.　　　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　)<br>ANDREA WEATHINGTON,　　　　　)<br>　　　　　　　　　　　　　　　　　　)<br>　　　　　　Defendant.　　　　　　　　) | Case No. 2:07CR0036-MCE<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __ANDREA WEATHINGTON__ , Case No. __2:07CR0036-MCE__ , Charge __FRAUD__ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

　　　__　__　Release on Personal Recognizance

　　　__　__　Bail Posted in the Sum of $__

　　　　　　__　__　Unsecured Appearance Bond

　　　　　　__　__　Appearance Bond with 10% Deposit

　　　　　　__　__　Appearance Bond with Surety

　　　　　　__　__　Corporate Surety Bail Bond

　　　✔　(Other)　　　The defendant shall be released to Pretrial Services on 3/30/07 @ 8:30 a.m.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __March 29, 2007__ at __9:18 am__ .

　　　　　　　　　　　　　　　　　　　By   /s/ Gregory G. Hollows
　　　　　　　　　　　　　　　　　　　　　　Gregory G. Hollows
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

COPY- Court