Robert M. Holley (SBN 50769)
Attorney at law
State Bar No. 50769
331 J Street, Suite #200
Sacramento, California 95814
Telephone:  (916) 443-2213

Attorney for Defendant Andrea Weathington

## IN THE UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     v.<br><br>Andrea Weathington,<br><br>                    Defendant. | )  Cr. No. 07-00036-MCE<br>)<br>)  STIPULATION AND<br>)  ORDER MODIFYING CONDITIONS<br>)  OF RELEASE<br>)<br>)<br>)<br>)<br>) |

**BACKGROUND**

On March 29, 2007, The Honorable Gregory G. Hollows ordered the defendant released on home electronic monitoring while awaiting placement in an inpatient drug rehabilitation program.  Pretrial Services Officer Steven J. Sheehan (telephone: 930-4359) has confirmed that Ms. Weathington has been accepted into an all women's inpatient program known as Alpha Oaks, for a ninty (90) day period effective immediately.

**STIPULATION**

It is hereby stipulated by the defendant through her undersigned counsel, Robert M. Holley, Esq., and the United States through it's

1    counsel, Assistant United States Attorney Robin Taylor, Esq., that the
2    conditions of pretrial release may be modified to take the defendant,
3    Andrea Weathington, off electronic monitoring and place her in the
4    inpatient drug program known as Alpha Oaks for a period of 90 days.
5         **Dated: April 16, 2007**
6
7                                        **/s/ Ms. Robin Taylor by Robert M. Holley**
                                         **Ms. Robin Taylor, Assistant U.S. Attorney**
8                                        **Counsel the United States**
9
                                         **/s/ Robert M. Holley**
10   _____   **Mr. Robert M. Holley, Esq.**
                                         **Counsel for defendant Andrea Weathington**
11
12                            **[PROPOSED] ORDER**
13
14   _____**GOOD CAUSE APPEARING and upon the stipulation of the parties,**
15   **IT IS SO ORDERED.**
16            April 20, 2007            **GREGORY G. HOLLOWS**
17                                      **THE HONORABLE GREGORY G. HOLLOWS**
                                        **UNITED STATES MAGISTRATE JUDGE**
18
19
20
21
22
23
24
25
26
27
28

2