McGREGOR W. SCOTT
United States Attorney
ROBIN R. TAYLOR
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2722

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| | ) | CASE NO. CR. S-07-0036-MCE |
| | ) | |
| UNITED STATES OF AMERICA, | ) | STIPULATION and ORDER |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ANDREA WEATHINGTON, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Plaintiff United States of America, by and through Assistant
U.S. Attorney Robin R. Taylor, and defendant Andrea Weathington, by
and through her counsel Robert Holley, hereby submit the following
stipulation and proposed order:

1.   On or about January 25, 2007, the Court released defendant
Weathington on an unsecured appearance bond and special conditions.
On or about February 2, 2007, defendant Weathington appeared on a
Pretrial Release Violation Petition and was detained.

2.   On or about February 5,  2007, pursuant to court order,
the defendant began drug treatment at The Effort.  In March 2007,
///

1

1  The Effort discharged defendant Weathington for misconduct, and on

2  March 21, 2007, she was remanded into custody.

3       3.   On March 29, 2007, defendant Weathington requested a bail

4  review hearing, and the Court ordered that she be placed on

5  electronic monitoring.  Shortly thereafter, the defendant

6  Weathington entered the Alpha Oaks treatment program, in Sacramento,

7  California, offered through Child Protective Services.  On or about

8  April 26, 2007, she was terminated from this program for misconduct.

9  The hearing scheduled for April 27, 2007, was taken off calendar by

10  the pre-trial services officer because on that same day defendant

11  Weathington obtained placement at the River City Recovery program in

12  Sacramento, California.

13       The parties hereby AGREE AND STIPULATE that:

14       If the defendant Weathington is discharged from River City

15  Recovery Program for any reason, other than for successful

16  completion of the program, she will immediately surrender herself to

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28

1   the custody of the United States Marshals and be remanded into

2   custody.  She will not seek further hearing on the matter and will

3   not seek bail review while the criminal case is pending.

4        SO STIPULATED.

5   DATED: May 8, 2007              McGregor W. Scott
                                    United States Attorney
6

7                                  By:  /s/_____
                                        ROBIN R. TAYLOR
8                                       Assistant U.S. Attorney

9
    DATED: May 8, 2007              By:  /s/_____
10                                       ROBERT HOLLEY
                                         Attorney for Defendant Brian
11                                       Hammer

12
    DATED: May 8, 2007              By:  /s/_____
13                                       ANDREA WEATHINGTON
                                         Defendant
14

15

16

17

18                                **ORDER**

19

20       Based on the foregoing, and for good cause appearing,

21       **IT IS SO ORDERED.**

22

23   DATED: 5/11/07                 /s/ Gregory G. Hollows

24                                  _____
                                    HONORABLE GREGORY G. HOLLOWS
25   weathington.ord2              UNITED STATES MAGISTRATE JUDGE

26

27

28

                                    3