DANIEL J. BRODERICK, Bar #89424
Federal Defender
NED SMOCK, Bar # 236238
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JEREMIAH URCH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 2:07-cr-00036-MCE |
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER |
| v. | ) |
| ANDREA WEATHINGTON; and JEREMIAH URCH, | ) Date: October 11, 2007 |
| | ) Time: 9:00 A.M. |
| | ) Judge: Hon. Morrison C. England |
| Defendants. | ) |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, ROBIN TAYLOR, Assistant United States Attorney, attorney for Plaintiff; ROBERT HOLLEY, attorney for defendant Andrea Weathington; and NED SMOCK, Assistant Federal Defender, attorney for defendant Jeremiah Urch, that the current Status Conference date of September 13, 2007 be vacated and a new date of October 11, 2007 be set for status.  Several hundred pages of discovery have been produced. The defendants need additional time to review the discovery and explore possible resolution of the case.  Both defendants have been in residential drug treatment.

1    It is further stipulated and agreed between the parties that the
2 period between September 13, 2007 and October 11, 2007, should be
3 excluded in computing the time within which the trial of the above
4 criminal prosecution must commence for purposes of the Speedy Trial Act
5 for defense preparation.  All parties stipulate and agree that this is
6 an appropriate exclusion of time within the meaning of Title 18, United
7 States Code, Section 3161(h)(8)(iv) (Local Code T4).

Dated: September 12, 2007

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender


       /s/ Ned Smock
NED SMOCK
Assistant Federal Defender
Attorney for Defendant
JEREMIAH URCH

Dated:  September 12, 2007          /s/ Ned Smock for Robert Holley
                                    ROBERT HOLLEY
                                    Attorney for Defendant
                                    ANDREA WEATHINGTON


                                    MCGREGOR W. SCOTT
                                    United States Attorney

Dated:  September 12, 2007
                                    /s/ Ned Smock for Robin Taylor
                                    ROBIN TAYLOR
                                    Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

 Dated: September 12, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE