Robert M. Holley (SBN 50769)
Attorney at law
State Bar No. 50769
331 J Street, Suite #200
Sacramento, California 95814
Telephone:  (916) 443-2213

Attorney for Defendant ANDREA WEATHINGTON

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. CRS 07-0036 MCE |
|  | ) |
| Plaintiff, | ) STIPULATION AND ORDER CONTINUING |
|  | ) STATUS CONFERENCE & VACATING TRIAL |
| v. | ) DATE |
|  | ) |
| ANDREA WEATHINGTON, | ) |
|  | ) |
| Defendant. | ) |
|  | ) |
| _____ | ) |

**STIPULATION**

It is hereby stipulated by and between the parties hereto through their respective counsel that the status conference presently scheduled for Thursday, October 2, 2008, be continued one week to **Thursday, October 9, 2008 at 9:00 a.m.**

The parties further stipulate that the time included in this continuance be excluded pursuant to Speedy Trial Act, 18 U.S.C. Section 3161(h)(8)(B)(ii)(Local Code T4) through October 9, 2008 due to

////

////

////

////

complexity of the case and in the interest of justice and negotiations in reference to settlement.

The parties hereto further stipulate and request that the trial date presently scheduled on the Court's calendar for October 27, 2008 be vacated. This stipulation and request is made because the prosecution and the defense have reached a plea agreement and the next appearance is backing up against the trial date, as well as the fact that on the same date presently scheduled for trial, Robert Holley, counsel for the defendant, is scheduled for radiation treatment for a medical condition and will be unavailable for at least until December.

Dated:  October 1, 2008

**/s/ Ms. Robin Taylor, Esq. (By RMH)**
**Ms. Robin Taylor, Esq.**
**Assistant United States Attorney**
**Counsel for the United States**

**/s/ Mr. Robert M. Holley, Esq.**
**Mr. Robert M. Holley, Esq.**
**Counsel for Mr. Andrea Weathington**

**ORDER**

**GOOD CAUSE APPEARING, the above requested calendaring change, and stipulation re: the exclusion of time pursuant to the Federal Speedy Trial Act, are SO ORDERED.**

Dated: October 7, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2